

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2014

Nos. 04-14-00148-CR & 04-14-00149-CR

Charles Ray **PRINGLER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2013CR7950 & 2013CR7951
Honorable Sid L. Harle, Judge Presiding

## O R D E R

On February 27, 2014, Appellant Charles Pringler was convicted of the offense of possession of a controlled substance in cause number 2013-CR-7950 and escape from a correctional facility in cause number 2013-CR-7951. The jury assessed punishment, respectively, at five years and nine years confinement in the Institutional Division of the Texas Department of Criminal Justice. Appellate counsel was appointed in both cases on February 28, 2014. The record does not contain a written notice of appeal. Although the record indicates that Pringler gave oral notice of appeal in open court, Texas Rule of Appellate Procedure 25.2(c) requires the notice "be given in writing and filed with the trial court clerk. TEX. R. APP. PROC. 25.2(c).

Therefore, we ORDER Appellant to SHOW CAUSE in writing within fifteen days of the date of this order why this appeal should not be dismissed for want of jurisdiction. If Appellant fails to show cause within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 43.2(f).

All other appellate deadlines in this matter are suspended until further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2014.

_____
Keith E. Hottle
Clerk of Court